Michael B. Kramer [MK 7071]
mkramer@mkramerlaw.com
Rubin Jay Ginsberg [RG 8978]
jginsberg@mkramerlaw.com
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff,*
*ABKCO MUSIC & RECORDS, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ABKCO MUSIC & RECORDS, INC.,                Case No.: 10-cv-3064(WHP)(DCF)

                                                 Plaintiff,

   -against-

CHIMERON, LLC
                                              Defendant.
-------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Affidavit of Jody H. Klein and the exhibits attached thereto, all prior pleadings and proceedings herein, Plaintiff, ABKCO Music & Records, Inc., by its attorney Michael B. Kramer, shall move this Court, before the Honorable William H. Pauley III, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Fed. Rule Evid. 103(c), barring the introduction of evidence and testimony relating to damages in respect to royalty payments prior to the applicable Statue of Limitations period.

Dated: New York, New York
January 3, 2012

                            MICHAEL B. KRAMER & ASSOCIATES

                        By:    /s/Michael B. Kramer_____
                              Michael B. Kramer
                              Attorneys for Plaintiff
                              150 East 58th Street, 12th Floor
                              New York, New York 10155
                              mkramer@mkramerlaw.com
                              (212) 319-0304

To:    Barry I. Slotnick, Esq.
         Loeb & Loeb LLP
         345 Park Avenue
         New York, New York 10154